CARL LUNDKVIST, ADMINISTRATOR AD PROSEQUENDUM, v. ERIE RAILROAD COMPANY ET AL.

Decided April 19, 1929.

For the plaintiff, *Alexander Simpson.*

For the defendant, *Hobart & Minard.*

PER CURIAM.

The petition for reargument in the above-entitled case is denied.